UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL MAZZIE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:05CV338 CDP |
| JIM MOORE, | ) |
| Defendant. | ) |

## ORDER

Petitioner Paul Mazzie has filed a "Motion for Transfer," in which he asks for an order "transferring this appeal to the United States Court of Appeals for the Eighth Circuit." Although he cites Missouri Supreme Court Rules, I believe that this is an inartful attempt to file a Notice of Appeal, and I will order that the Court treat it as such. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall treat the "Motion to Transfer" as a Notice of Appeal.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2008.